IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCUS KILGORE,

    Petitioner,

v.

USA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-91-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying petitioner Marcus Kilgore's motion for post conviction relief.

_____    _5/18/10_____
Peter Oppeneer, Clerk of Court          Date