IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                          MEMORANDUM

        Plaintiff,

                                                         10-cv-91-bbc
                                                         08-cr-38-bbc

    v.

MARCUS KILGORE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Marcus Kilgore has filed a letter with the court in support of his motion for reconsideration of the May 17, 2010 order denying his motion for post conviction relief under 28 U.S.C. § 2255. The court denied defendant's motion for reconsideration on June 7, 2010. There is nothing in defendant's submission to the court that convinces me that it was error to deny his motion.

      Entered this 14th day of June, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge